# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

BENJAMIN MOORE, II                                    PLAINTIFF

v.                          No. 3:18-cv-138-DPM

SHANNON LANGSTON, District
Judge, Blytheville; and CITY OF
BLYTHEVILLE, ARKANSAS                                 DEFENDANTS

## JUDGMENT

Moore's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

21 August 2018